IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 1:13CR00350-004 |
| | ) | LMB |
| GEORGE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO REQUEST APPOINTMENT OF COUNSEL FOR APPEAL

COMES NOW the Defendant, GEORGE WILLIAMS (hereinafter referred to as "Williams"), by Counsel, and moves this Court to appoint counsel for the appeal and in support thereof, states the following:

1. Williams was sentenced by this court on April 11, 2014.

2. He has expressed a desire to appeal his sentence.

3. Counsel was retained for the adjudication of the case for which he was sentenced.

4. He is indigent and unable to afford to further hire counsel for the appeal.

5. Further, he intends to allege, among other things, ineffective assistance of counsel. Therefore, it would not be proper to appoint current counsel on the appeal.

6. Counsel has timely noted Williams appeal to preserve his right to do so.

WHEREFORE, the Defendant, GEORGE WILLIAMS, respectfully requests that other counsel be appointed for the appeal of this matter.

                                                  GEORGE WILLIAMS
                                                  By Counsel

Law Offices of Lavonda Graham Williams, Esq, PLLC.
_____/s/_____
Lavonda N. Graham-Williams, Esquire
Law Offices of Lavonda Graham Williams, Esq, PLLC
Counsel for Defendant
1511 King Street
Alexandria, Virginia 22314
(703) 518-4328
(703) 518-4329 facsimile
Virginia Bar No. 45411
lgraham@lngwlaw.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 22nd[th] day of April 2014, I electronically filed the foregoing motion to appoint counsel for the appeal with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

      Adam Schwartz, Esq.
      Assistant United States Attorney
      Attorney for the United States
      United States Attorney's Office
      2100 Jamieson Avenue
      Alexandria Virginia 22314
      Adam.Schwartz@usdoj.gov

                  _____/s/_____
                  Lavonda N. Graham-Williams, Esquire
                  Law Offices of Lavonda Graham Williams, Esq, PLLC
                  Counsel for Defendant
                  1511 King Street
                  Alexandria, Virginia 22314
                  (703) 518-4328
                  (703) 518-4329 facsimile
                  Virginia Bar No. 45411
                  lgraham@lngwlaw.com