UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | Case No.: 14-4316 |
| ) | |
| GEORGE WILLIAMS,                  ) | |
| ) | |
| Defendant.            ) | |

## MOTION FOR EXTENSION OF TIME TO
## FILE FINANCIAL AFFIDAVIT

COMES NOW Defendant, GEORGE WILLIAMS, by and through the undersigned counsel, and respectfully request an extension of time in which to file the CJA-23 Financial Affidavit form. In support of this motion counsel states the following:

1. The CJA-23 Financial Affidavit form was overnight expressed mailed to George Williams in the Fort Dix, New Jersey Penitentiary.

2. As of May 5, 2014, George Williams, has yet to receive the CJA-23 Financial Affidavit form in order for him to complete and mail to the Court.

3. This document is important in order for new counsel to be appointed to effectuate his appeal.

WHEREFORE, the Defendant, George Williams, prays this Court set a reasonable extension of time to file the Financial Affidavit CJA- 23 form such as 21 additional days.

                                                            GEORGE WILLIAMS
                                                            By Prior Counsel

Law Offices of Lavonda N. Graham-Williams, PLLC.

_____/s/_____

-1-

Lavonda Graham-Williams, Esquire
Law Offices of Lavonda N. Graham-Williams, PLLC.
Prior Counsel for the Defendant
1511 King Street
Alexandria, Virginia 22314
(703) 518-4328 Office
(703) 518-4329 Fax
Virginia Bar No. 45411
lgraham@lngwlaw.com

## Certificate of Service

I HEREBY CERTIFY that on the 6th of May 2014, I electronically filed the foregoing motion with the Clerk of Court at the email address provided, which will send a notification of such filing to the following:

Adam Schwartz, Esq.
Assistant United States Attorney
Attorney for the United States
United States Attorney's Officer
Alexandria Virginia 22314
Adam.Schwartz@usdoj.gov


           _____/s/_____
           Lavonda Graham-Williams, Esquire
           Law Offices of Lavonda N. Graham-Williams, PLLC.
           Prior Counsel for the Defendant
           1511 King Street
           Alexandria, Virginia 22314
           (703) 518-4328 Office
           (703) 518-4329 Fax
           Virginia Bar No. 45411
           lgraham@lngwlaw.com